IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHELIA WALLINGSFORD, INDIVIDUALLY AND IN HER CAPACITY AS REPRESENTATIVE OF THE ESTATE OF JAMES WALLINGSFORD<br>Plaintiff, | § § § § § § | CIVIL ACTION NO. 21-01657 |
| v. | § § § | JUDGE SIM LAKE |
| SEACOR MARINE, LLC, SEACOR LIFTBOATS, LLC AND TALOS ENERGY, LLC<br>Defendants, | § § § § § | |

United States Courts
Southern District of Texas
F I L E D

MAY 27 2021

Nathan Ochsner, Clerk of Court

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff, Shelia Wallingsford, individually and in her capacity as representative of the estate of James Wallingsford ("Plaintiff"), by and through undersigned counsel of record, does hereby state that no party has served an answer or a motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses Talos Energy, LLC without prejudice, reserving to Plaintiff all rights and causes of action against Talos Energy, LLC and all other parties herein.

Respectfully submitted,

DISCON LAW FIRM
BY: /s/THOMAS M. DISCON
THOMAS M. DISCON, T.A. #14219
CHARLOTTE D. STRIEF #35751
424 N. Causeway Blvd., Suite A
Mandeville, LA  70448
Telephone: 985-674-9748
Facsimile: 985 674-9749
Email: tdiscon@disconlawfirm.com

AND

/s/ ROBERT K. LANSDEN
ROBERT K. LANSDEN #25441
158 South 6th Street
Ponchatoula, LA   70454
Telephone: 985-370-9006
Email: robert@captainlansden.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, I electronically filed the foregoing with the Clerk of Court by using the electronic filing system. Notice of this filing will be sent by operation of the court's electronic filing system to all electronic filing participants. I also certify that the above and foregoing has this date been forwarded by U.S. Mail, postage prepaid and properly addressed to the non-electronic filing participants.

/s/ *Thomas M. Discon*
THOMAS M. DISCON