- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHELIA WALLINGSFORD, Individually and in her capacity as Representative of the Estate of JAMES WALLINGSFORD | § § § § | CIVIL ACTION NO. 21-01657 |
| v. | § § | |
| SEACOR MARINE LLC; SEACOR LIFTBOATS LLC; AND TALOS ENERGY, LLC | § § § § | JUDGE SIM LAKE |

## STATUS REPORT

Pursuant to the Court's June 10, 2021 Order Staying Proceedings [Dkt. 19], the parties respectfully submit this status report.

The United States District Court for the Eastern District of Louisiana in C.A. 2:21-cv-01062 has entered a scheduling order setting various deadlines and a trial for June 23, 2023.

Discovery is underway, including an inspection of the wreck and the issuance of preliminary written discovery.

The United States District Court for the Eastern District of Louisiana has not lifted or otherwise altered its stay order.

The parties will submit their next status report to this Court on March 9, 2022.

- 1 -

Respectfully submitted,

BY: /s/ Marc G. Matthews
Marc G. Matthews
Texas Bar No.: 24055921
Southern District of Texas ID: 705809
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: 713-626-1386
Facsimile: 713-626-1388
Marc.matthews@phelps.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT SEACOR MARINE LLC**

OF COUNSEL:

**PHELPS DUNBAR LLP**
-and-
**MURPHY, ROGERS, SLOSS, GAMBEL & TOMPKINS**
Timothy D. DePaula
Texas Bar No.: 24117791
701 Poydras Street, Suite 400
New Orleans, Louisiana 70139
Telephone: 504-523-0400
Facsimile: 504-523-5574
tdepaula@mrsnola.com

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for all parties regarding the contents of this Status Report, and all join in submitting it to the Court.

/s/ Marc G. Matthews
Of Phelps Dunbar, LLP